IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00195-WDM-MJW

NOUJOUD HASSAN SAFIEDDINE,

    Plaintiff,

v.

ALBERTO GONZALES, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

The court takes judicial notice that the parties have filed a Stipulated Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 29, 2007.

                              BY THE COURT:


                              s/ Walker D. Miller
                              United States District Judge